**ROBERTS & KEHAGIARAS LLP**
GEORGE P. HASSAPIS, ESQ (State Bar No. 147072)
gph@tradeandcargo.com
CAMERON W. ROBERTS, ESQ. (State Bar No. 176682)
cwr@tradeandcargo.com
5777 West Century Boulevard, Suite 1410
Los Angeles, CA 90045
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiff
Mapfre Compañia de Seguros Generales de Chile S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAPFRE COMPAÑIA DE SEGUROS GENERALES DE CHILE S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROVIAS DE MEXICO, S.A. DE C.V., operating as AEROMEXICO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV09-05385 GAF (RZx)<br>ORDER ON<br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

COME NOW Plaintiff, Mapfre Compañia de Seguros Generales de Chile S.A., and Defendant Aerovias de Mexico, S.A. de C.V., operating as Aeromexico, and further to an agreement among the parties, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal, with prejudice, of Plaintiff's complaint in the above captioned action. The parties each agree to bear their

own costs and fees that arise out of, or are in any way connected to, the above-captioned action.

Dated: June 2, 2010       CONDON & FORSYTH

By: _____
Jennifer Johnston
Attorneys for Defendant,
Aerovias de Mexico, S.A. de C.V.,
operating as Aeromexico

Dated: June 3, 2010       ROBERTS & KEHAGIARAS LLP

By: _____
George P. Hassapis
Attorneys for Plaintiff,
Mapfre Compañia de Seguros
Generales de Chile S.A.

**IT IS SO ORDERED.**

**DATED:** June 7, 2010

_____
**UNITED STATES DISTRICT JUDGE**